To Whom it may concern, on 4-1-15 you
Denied me a discretionary review. Well I
feel that my criminal case should be
dismissed entirely because since this Article 8:61
warnings required was violated my "confession"
should have Been excluded which in turn which
in turn my Grand Jury indictment should have
Been dismissed since it was Based on my "confession"
I know that I'm am indigent Offender I know
that I suffer from mental issues but this
is printed clearly in Black and White these
rules are stated by the state Of Texas
therefore I feel should be released from my

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 1 2015
Abel Acosta, Clerk

sentence because without my "confession".

there is no physical evidence providing the state the right to prosecute me. as it is stated in state evidence there was nobody at the residence but my wife and myself. which of the 6 different statements from Darline Davis (state witness) does the state have to indict me on these charges.

also my "confession" was induced by violation by Texas code and rules article Chapter 8:45 "Promise that is Positive" - Texas Voluntariness standard and Promises "Promises that is Positive" also chapters 8:46 to 8:49

You can contact the attorney who handled my appeal" to obtain the video of my interrogation which will show the violation of mentioned articles. My next letter will be directly to the Supreme Court of Texas Because I have the required (excluding video which is forbidden to have in TDCJ).

Your response to this letter would be greatly appreciated.

Thank You

Johnny Davis Jr.

Phillip Gregory
300 Burnett Street
Suite 160 Ft Worth TX 76102

MS. KRISTINA MASSEY
ASSITANT DISTRICT ATTORNEY
PALO PINTO COUNTY TEXAS
ATTORNEY FOR STATE
P.O. BOX 340 PALO PINTO TX 76484

EX PARTE Y BARRA 629 SW 2d 943 (Tex Crim App 1982)

ineffective ~~use~~ ASSISTANCE OF COUNSEL

Attorney WAS ineffective FOR NOT investigating

The DEFENDANTS CASE AND FAILING to present Evidence
OF the BEHALF OF the DEFENDANT

Attorney did NOT present Results from EX-PARTE
motion Testing

EX PARTE BARFIELD 697 SW 2d 420 Tex Crim App 1985

insufficient evidence

NO Evidence showing any involvement in THIS
Offense.

EVIDENCE Shows VIOLATION OF STATE Codes AND Laws

Article 8: 61 Warnings Required - law enforcement must give a suspect the following 4 admonishments <u>Before</u> any words or actions constituting an <u>"interrogation"</u> <u>can begin</u>

1. he or she has the right to remain silent
2. anything he/she says can; 3 will be used against him/her in court
3. he/she has the right to consult with a lawyer and have the lawyer with him/her during interrogation
4. If he/she is indigent a lawyer will be appointed to represent him/her

Miranda v arizona 384 U.S. 436, 468 to 472 86 S.Ct. 1602, 1625 to 1626 (1966) It any of the ~~first~~ first 3 parts of the warnings are not provided a resulting confession must be excluded simply because they were not provided.